# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. THOMPSON | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 6:23-CV-03002-RK |
| | ) |
| DR. E. JACKSON, DIRECTOR OF DENTAL SERVICES, CENTURION; | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff James R. Thompson hereby dismisses this action with prejudice with each party bearing his own attorney fees and costs.

*/s/ Ruth Anne French-Hodson*
Ruth Anne French-Hodson, Missouri Bar #65461
Sarah T. Bradshaw, Missouri Bar #66276
Nathan A. Kakazu, Missouri Bar #70157
Sharp Law, LLP
4820 W. 75th St.
Prairie Village, KS 66208
Telephone: (913) 901-0505
Facsimile: (913) 261-7564
rafrenchhodson@midwest-law.com
sbradshaw@midwest-law.com
nkakazu@midwest-law.com
*Attorney for Plaintiff James R. Thompson*

and


*/s/Andrew J. Tremonti (with permission)*
Michael L. Hughes, Missouri Bar #52163
Andrew J. Tremonti, Missouri Bar #72171
McCormick Gordon Bloskey Poirier Hughes, PA
6300 W. 143rd St., Suite 140
Overland Park, KS 66223
Telephone: (913) 322-4061
Facsimile: (913) 322-4374

1

mhughes@mgbp-law.com
atremonti@mgbp-law.com

*Attorney for Defendant Dr. Ernest Jackson*